UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON ADORNO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-01793-AKK-JHE |
| | ) |
| MARY COOK, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On June 23, 2021, the magistrate judge entered a report and recommendation, recommending that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be denied as time-barred. Doc. 9. The magistrate judge further recommended that a certificate of appealability be denied. *Id.* Although the parties were advised of their right to file specific written objections within 14 days, the court has received no objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation. Accordingly, the petition for writ of habeas corpus is due to be **DENIED** and this action **DISMISSED WITH PREJUDICE**. A certificate of appealability is due to be **DENIED**.

A Final Judgment will be entered.

**DONE** the 14th day of July, 2021.

                                         _____
                                            **ABDUL K. KALLON**
                                      UNITED STATES DISTRICT JUDGE